UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CR94 JCH |
|  | ) |  |
| CANDIDO NUNEZ-MACIAS, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

## ORDER

This matter is before the Court on Defendant's May 20, 2010, letter to the Court, which the Court construes as a Motion for Copies of Documents, Sealed Documents, and Transcripts. (Doc. No. 451). Upon consideration, the Court will grant Defendant's motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Copies of Documents, Sealed Documents, and Transcripts (Doc. No. 451) is **GRANTED** in part, and the Clerk of the Court has been directed to forward to Defendant copies of all documents filed in Defendant's case, except for sealed documents.

**IT IS FURTHER ORDERED** that Defendant's Motion for Copies of Sealed Documents (Doc. No. 451) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Copies of Transcripts (Doc. No. 451) is **DENIED**, as no transcripts were prepared in Defendant's case.

Dated this 26th day of May, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE